**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02246-CBS

GAIL EVANS,

      Plaintiff,

v.

THE CBE GROUP, INC., an Iowa corporation,

      Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through her counsel of record and for her Notice of Settlement, hereby states:

1.    The Plaintiff and the Defendant have reached a settlement.

2.    The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement terms have been completed.

The parties expect this to happen by August 29, 2014.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
88 Inverness Circle East, Suite E-102
Englewood, CO 80112
Telephone: (303) 799-6895
Attorney for the Plaintiff