**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02246-CBS

GAIL EVANS,

       Plaintiff,

v.

THE CBE GROUP, INC., an Iowa corporation,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant

to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY

ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own

attorney's fees and costs.

DATED at Denver, Colorado, on August 28, 2014.

                    BY THE COURT:


                    *s/Craig B. Shaffer*
                    Craig B. Shaffer
                    United States Magistrate Judge